| | |
|---|---|
| 1 | MELINDA L. HAAG, CSBN 132612 |
| | United States Attorney |
| 2 | LUCILLE GONZALES MEIS, SBN CO 15153 |
| | Regional Chief Counsel, Region IX |
| 3 | Social Security Administration |
| | LESLIE ALEXANDER, CSBN 256624 |
| 4 | Special Assistant United States Attorney |
| |     333 Market Street, Suite 1500 |
| 5 |     San Francisco, CA 94105 |
| |     Telephone: (415) 977-8927 |
| 6 |     Facsimile: (415) 744-0134 |
| |     e-mail: Leslie.Alexander@ssa.gov |
| 7 | |
| 8 | Attorneys for Defendant |
| | Commissioner of Social Security |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Charlene Lee Ritchie, | ) | NO. CV 10-1024 SI |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER FOR |
| | ) | EXTENSION |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 30-day extension of time, up to and including October 20, 2010, in which to file a response to Plaintiff's Motion for Summary Judgment.  This extension is requested because Defendant's counsel needs additional time to review the issues raised in Plaintiff's Motion.

DATE: 9/15/10               Respectfully submitted,

                            MELINDA L. HAAG
                            United States Attorney

                      By    /s/ *Leslie Alexander*
                            LESLIE ALEXANDER
                            Special Assistant United States Attorney

                            Attorneys for Defendant

DATED: 9/15/10        By:   /s/ *David J. Linden*
                            [*authorized via electronic mail on 9/15/10*]
                            DAVID J. LINDEN
                            Attorney for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Commissioner of Social Security shall have up to and including October 20, 2010, to respond to Plaintiff's Motion for Summary Judgment.

DATED _____        _____

                            SUSAN ILLSTON
                            UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order
CV-10-1024-SI                           2