MELINDA L. HAAG, CSBN 132612
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX
Social Security Administration
LESLIE ALEXANDER, CSBN 256624
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    e-mail: Leslie.Alexander@ssa.gov

Attorneys for Defendant
Commissioner of Social Security

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE LEE RITCHIE,<br>Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant. | CIVIL NO. 10-cv-01024-SI<br><br>STIPULATON AND PROPOSED ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and<br>REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

     IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

     On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to do the following:

1. Further evaluate Plaintiff's work at a theater from April 2003 to September 2003, and to provide reasoning to explain why that work should be considered substantial gainful

Stipulation and Proposed Order
CV-10-1024-SI

activity ("SGA") despite the fact that her wages were below the presumptive SGA amount for 2003;

2. Further address the lay witness testimony;

3. Further consider the opinions of the treating and examining physicians, including Janet Cain, Ph.D., in compliance with 20 C.F.R. § 404.1527 and 20 C.F.R. § 416.927; and

4. Offer Plaintiff the right to attend a supplemental hearing and to submit additional evidence.

The parties stipulate that no specific aspect of the ALJ's prior decision is affirmed.

Following remand proceedings, the ALJ will issue a *de novo* decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, Commissioner of Social Security, reversing the final decision of the Commissioner.  Nothing in this proposed order shall be taken to affect Plaintiff's right to request Equal Access to Justice Act (EAJA) attorney's fees under 28 U.S.C. § 2412, or costs under 28 U.S.C. § 1920, or to prevent Defendant from opposing any such requests.

Dated: October 18, 2010          Respectfully submitted,

          MELINDA L. HAAG
          United States Attorney

                          By    */s/ Leslie Alexander*
          LESLIE ALEXANDER
          Special Assistant U.S. Attorney

          Attorneys for Defendant

Dated: October 18, 2010   By    */s/David J. Linden*
          [*authorized via electronic mail on 10/18/10*]
          DAVID J. LINDEN
          Attorney for Plaintiff

Stipulation and Proposed Order

CV-10-1024-SI

1
2  APPROVED AND SO ORDERED:            ORDER
3  DATED _____            _____
4                                  SUSAN ILLSTON
5                                  UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Proposed Order

CV-10-1024-SI