1  MELINDA L. HAAG, CSBN 132612
2  United States Attorney
   LUCILLE GONZALES MEIS, SBN CO 15153
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  LESLIE ALEXANDER, CSBN 256624
   Special Assistant United States Attorney
5          333 Market Street, Suite 1500
6          San Francisco, CA 94105
           Telephone: (415) 977-8927
7          Facsimile: (415) 744-0134
           e-mail: Leslie.Alexander@ssa.gov
8

9  Attorneys for Defendant
   Commissioner of Social Security
10

                    UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
12

13 CHARLENE LEE RITCHIE,         )
   Plaintiff,                    )   CIVIL NO. 10-cv-01024-SI
14                               )
              v.                 )   STIPULATON AND PROPOSED ORDER FOR
15                               )   THE AWARD OF ATTORNEY FEES PURSUANT
   MICHAEL J. ASTRUE,            )   TO THE EQUAL ACCESS TO JUSTICE ACT,
16 Commissioner of Social Security, )  28 U.S.C. § 2412(d)
   Defendant.                    )
17 _____)

18

19      IT IS HEREBY STIPULATED by and between the parties through their undersigned
20 counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the
21 Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of FOUR THOUSAND
22 TWO HUNDRED DOLLARS AND 0 CENTS ($4,200.00). This amount represents
23 compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with
24 this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).
25      After the Court issues an order for EAJA fees and expenses to Plaintiff, the government
26 will consider the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's
27 attorney. Pursuant to Astrue v. Ratliff, No. 08-1322, 2010 WL 2346547 (U.S. June 14, 2010), the
28

Stipulation and Proposed Order
CV-10-1024-SI

ability to honor the assignment will depend on whether the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees and expenses and costs is entered, the government will determine whether they are subject to any offset.

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees and expenses to be made directly to David J. Linden, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from and bar to any and all claims Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses and costs in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Dated: December 14, 2010               Respectfully submitted,

                                       MELINDA L. HAAG
                                       United States Attorney

                                By     /s/ Leslie Alexander
                                       LESLIE ALEXANDER
                                       Special Assistant U.S. Attorney

                                       Attorneys for Defendant

Dated: December 14, 2010        By     /s/David J. Linden
                                       [authorized via electronic mail on 12/14/10]
                                       DAVID J. LINDEN
                                       Attorney for Plaintiff

Stipulation and Proposed Order
CV-10-1024-SI

1
2  APPROVED AND SO ORDERED:        ORDER
3  DATED _____            _____
4                                  SUSAN ILLSTON
5                                  UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Proposed Order

CV-10-1024-SI